UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jason A. Czekalski

v.                                          Case No. 24-cv-76-JL-AJ

NH Department of Corrections,
Commissioner


ORDER

After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Andrea K.

Johnstone dated January 30, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: May 7, 2026

cc:   Jason A. Czekalski, pro se
      Counsel of Record